# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MIGUEL VENTURA, as Next Friend of E.B., a Minor**  **PLAINTIFF**

**v.**  **CAUSE NO. 1:20-cv-342-LG-RPM**

**PICAYUNE SCHOOL DISTRICT**  **DEFENDANT**

## FINAL JUDGMENT

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 27th day of May, 2021.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge